UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 11, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:05cr128 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| David Polnoff, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>David Polnoff</u> Case No. <u>2:05cr128 LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        _X_   Appearance Bond in the amount of $300,000 secured by Real Property, to be posted within 2 weeks

        ___   Corporate Surety Bail Bond

    _X_   (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>July 11, 2005</u> at <u>3:11 p.m.</u>

By /s/ Kimberly J. Mueller
Kimberly J. Mueller
United States Magistrate Judge