STEPHANIE AMES, ESQ; SBN 195608
CRIMINAL DEFENSE ASSOCIATES
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
David POLNOFF

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **2:05-cr-00128-LKK-6** |
| ) | |
| vs. ) | |
| ) | **SUBSTITUTION OF ATTORNEY** |
| DAVID POLNOFF, et al. ) | Date: August 29, 2006 |
| ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendants. ) | Trial Date: None Set |
| _____ ) | |

The undersigned, Stephanie Ames, attorney at law, hereby enters her substitution of attorney for Steven F. Helfand on behalf of Defendant David Polnoff, in the above-captioned matter. Counsel further moves this Court to strike the hearing date of August 29, 2006, on the "Motion by Steven Franklyn Helfand, Counsel for Defendant David Polnoff, to be Relieved as Counsel of Record" based upon the filing of this substitution of attorney.

August 15, 2006         /s/ Stephanie Ames
                        Stephanie Ames, CA Bar Number: 195608
                        Criminal Defense Associates
                        20700 Ventura Blvd., Suite 301
                        Woodland Hills, CA 91364

    /s/ Steven F. Helfand (as authorized on 08/14/06)
Steven F. Helfand (State Bar No. 206667
582 Market Street, Suite 1400
San Francisco, CA 94104

    /s/ David Polnoff (original signature retained by attorney Stephanie Ames)

**IT IS SO ORDERED**

**Date:** August 23, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that I cased the foregoing to be electronically filed and provided to:

**U.S. Attorney's Office**
**Criminal Division**
**AUSA Robert Steven Lapham**
**501 "I" Street Suite 10-100**
**Sacramento, CA 95814**

On the 15th day of August, 2006

    */s/ Stephanie Ames*
Stephanie Ames

2