STEPHANIE AMES, ESQ; SBN 195608
CRIMINAL DEFENSE ASSOCIATES
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIFORNIA  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
DAVID POLNOFF

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>         Plaintiff, )<br>     vs. )<br>)<br>JAMES S. KALFSBEEK et al., )<br>[DAVID POLNOFF] )<br>         Defendants. )<br>_____ ) | No. CR-S 05-128-LKK<br><br>**ORDER ALLOWING**<br>**ATTORNEY TO WITHDRAW**<br>**AS COUNSEL OF RECORD**<br><br><br>Judge: Hon. Lawrence K. Karlton |

Based upon the motion of defense counsel and good cause appearing, IT IS HEREBY ORDERED that Stephanie Ames is allowed to personally withdraw as counsel in this matter.

Dated:  July 30, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT