1  BRUCE LOCKE
   Moss & Locke
2  555 University Avenue, Ste 170
   Sacramento, California 95825
3
   Attorney for Defendant
4  DAVID POLNOFF

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § | CRIMINAL NO. S-05-128 LKK |
| DAVID POLNOFF, et al., § § § § | ENTRY OF APPEARANCE AND REQUEST TO BE APPOINTED TO REPRESENT DEFENDANT |

Bruce Locke hereby enters his appearance and requests the Court to appoint him as counsel for the defendant, David Polnoff. Mr. Polnoff has filled out a Form CJA 23 and he qualifies for the appointment of counsel to represent him. Mr. Polnoff's prior attorney has filed a motion to be relieved and the Court has set a status conference for July 31, 2007 to consider Mr. Polnoff's representation. The Federal Defender's office has requested Mr. Locke to undertake this representation and Mr. Locke has discussed this matter with Mr. Polnoff and Mr. Polnoff has agreed to have Mr. Locke represent him in this matter.

Respectfully submitted,

Dated: July 24, 2007                    /S/ Bruce Locke
                                        Bruce Locke
                                        Attorney for David Polnoff

1
2    IT IS HEREBY ORDERED THAT   Mr. Locke is appointed as counsel for the defendant,
3 David Polnoff.
4
5
6 Date: July 30, 2007
7                                                LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28