```
LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID POLNOFF,<br><br>　　　　Defendant. | CR. NO. S-05-128 LKK<br><br>ORDER DISMISSING SUPERCEDING INDICTMENT AS TO DAVID POLNOFF ONLY |

Based on the government's motion to dismiss the indictment against David Polnoff,

IT IS HEREBY ORDERED that the above-captioned superceding indictment be and hereby is dismissed as to David Polnoff only.

DATED: May 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2